UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CINDY B. ALLTON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) No. 2:18-CV-55 |
| | ) |
| NANCY BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|    Defendant. | ) |

## **ORDER**

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated July 16, 2019, [Doc. 23]. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's motion for summary judgment, [Doc. 13], be denied, and defendant's motion for summary judgment, [Doc. 21], be granted. The parties have not filed any objection to this report and recommendation, and the time for doing so has passed.

Therefore, after careful consideration of the record as a whole, including the Administrative Transcript, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation, [Doc. 23], is **ADOPTED** and **APPROVED**, that the plaintiff's motion for summary judgment, [Doc. 13], is **DENIED**, and that the defendant's motion for summary judgment, [Doc. 21], is **GRANTED**.

ENTER:

                                                                                               s/J. RONNIE GREER
                                                                 UNITED STATES DISTRICT JUDGE